# MARIA VICTORIA INC.

550 SMITHTOWN BYPASS
Suite 212
SMITHTOWN, NY 11787

*Vincent De Somma*

Tel: (631) 584-4508
Tel: (631) 584-4509
Tel: (631) 686-5118
Fax: (631) 584-4512
Cell: (516) 238-9020
Email: Sales@MariaVictoria.net

| Date | Invoice # |
|---|---|
| 7/29/2008 | 4979-E |

**Bill To**

M.Y. PRODUCE
265A ROW B
HUNTS POINT TERMINAL MARKET
BRONX, NEW YORK 10474
718-378-5100

| Terms | Ship Date | Delivery Date | Delivery Day | FOB/Delivered | P.O. No. |
|---|---|---|---|---|---|
| NET 21 DAYS | 8/4/2008 | 8/3/2008 | SUNDAY 4 AM | DELIVERED | STEVE |

| Quantity | Description | Unit Cost | Amount |
|---|---|---|---|
| 224 | CANTALOUPES 9 SIZE "CHIQUITA" | 12.20 | 2,732.80 |

FINAL CORRECTED BILL THANK YOU

**Total $2,732.80**

| 224 | # Pieces Ordered | 4 | Pallets Ordered | Drop No.1 ST |
|---|---|---|---|---|
| | # Pieces Recieved | | Pallets Recieved | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables of proceeds from the sale of these commodities until full payment is received." "Interest and attorney's fees necessary to collect any balance due here and/or shall be considered sums owing in connection with this transaction."

The purchaser of all merchandise and/or services which are subject to this invoice, bill or statement hereby agrees to pay the balance stated, in full, within the time set forth herein; in the event said balance is not paid, the purchaser does hereby agree to pay said balance plus reasonable attorney's fees of 33 1/3% and a sum equal to 1 1/2% per month (ANNUAL PERCENTAGE RATE of 18% per annum)

516 - 586 - 8536

# MARIA VICTORIA INC.

550 SMITHTOWN BYPASS
Suite 212
SMITHTOWN, NY 11787

**Vincent De Somma**

Tel: (631) 584-4508
Tel: (631) 584-4509
Tel: (631) 686-5118
Fax: (631) 584-4512
Cell: (516) 238-9020
Email: Sales@MariaVictoria.net

| Date |
|---|
| 8/22/2008 |
| **Invoice #** |
| 5259 |

| Bill To |
|---|
| M.Y. PRODUCE<br>265A ROW B<br>HUNTS POINT TERMINAL MARKET<br>BRONX, NEW YORK 10474<br>718-378-5100 |

| Terms | Ship Date | Delivery Date | Delivery Day | FOB/Delivered | P.O. No. |
|---|---|---|---|---|---|
| NET 21 DAYS | 8/26/2008 | 8/26/2008 | TUESDAY AM | DELIVERED | STEVE |

| Quantity | Description | Unit Cost | Amount |
|---|---|---|---|
| 340 | GRAPES GREEN SEEDLESS "FRUIT PATCH" FROM 13.25 TO 11.00 OK STEVE | 11.00 | 3,740.00 |
| 136 | PEPPERS GREEN EXTRA LGE 5243 | 10.00 | 1,360.00 |
| 30 | PEPPERS LARGE 5227 | 8.00 | 240.00 |

FINAL CORRECTED BILL PLEASE PAY 21 DAYS FROM DELIVERED

**Total** $5,340.00

| 340 | # Pieces Ordered | 4 | Pallets Ordered | Drop No.1 ST |
|---|---|---|---|---|
| | # Pieces Recieved | | Pallets Recieved | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables of proceeds from the sale of these commodities until full payment is received." "Interest and attorney's fees necessary to collect any balance due here and/or shall be considered sums owing in connection with this transaction."

The purchaser of all merchandise and/or services which are subject to this invoice, bill or statement hereby agrees to pay the balance stated, in full, within the time set forth herein; in the event said balance is not paid, the purchaser does hereby agree to pay said balance plus reasonable attorney's fees of 33 1/3% and a sum equal to 1 1/2% per month (ANNUAL PERCENTAGE RATE of 18% per annum)

# MARIA VICTORIA INC.

550 SMITHTOWN BYPASS
Suite 212
SMITHTOWN, NY 11787

**Vincent De Somma**

Tel: (631) 584-4508
Tel: (631) 584-4509
Tel: (631) 686-5118
Fax: (631) 584-4512
Cell: (516) 238-9020
Email: Sales@MariaVictoria.net

| Date | Invoice # |
|---|---|
| 8/27/2008 | 5281 |

**Bill To**

M.Y. PRODUCE
265A ROW B
HUNTS POINT TERMINAL MARKET
BRONX, NEW YORK 10474
718-378-5100

| Terms | Ship Date | Delivery Date | Delivery Day | FOB/Delivered | P.O. No. |
|---|---|---|---|---|---|
| 10 Days Recei... | 8/27/2008 | 9/2/2008 | MON 9 P M | DELIVERED | STEVE |

| Quantity | Description | Unit Cost | Amount |
|---|---|---|---|
| 672 | CANTALOUPES 12 SIZE CHIQUITA | 9.90 | 6,652.80 |

FINAL CORRECTED BILL THANK YOU

**Total $6,652.80**

| 448 | # Pieces Ordered | 8X56 | Pallets Ordered | Drop No.1 ST |
|---|---|---|---|---|
| | # Pieces Recieved | | Pallets Recieved | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables of proceeds from the sale of these commodities until full payment is received." "Interest and attorney's fees necessary to collect any balance due here and/or shall be considered sums owing in connection with this transaction."

The purchaser of all merchandise and/or services which are subject to this invoice, bill or statement hereby agrees to pay the balance stated, in full, within the time set forth herein; in the event said balance is not paid, the purchaser does hereby agree to pay said balance plus reasonable attorney's fees of 33 1/3% and a sum equal to 1 1/2% per month (ANNUAL PERCENTAGE RATE of 18% per annum)

03/12/2009 11:54 (FAX) P. 003/021

M/V
#5281

2008 SEP 1 PM 11:23

**MS. JUDY FEWERSTEIN**
**INDEPENDENT AGENT**
**OZARK TRUCK BROKERAGE**
**OFFICE: 914-382-5197**
**FAX: 914-402-4903**

## MANIFEST

**DELIVER TO: (CUSTOMER)** My Produce

**SHIPPER NAME & ADDRESS:** Maria Victoria, Inc.
550 Smithtown by Pass
Smithtown, N.Y.

**CARRIER: (TRUCKING CO.)** Kos Trans

**DRIVER NAME:** Robert

**EXPECTED DELIVERY DATE:** 9/1/08

**QUANTITY: (PALLETS OR BOXES)** 12 ~~8~~ pallets

56 x 12 = 672 Boxs.

**COMMODITY: (DESCRIPTION)** Cantaloupes

**A 823893** 9.90

$6652.80

09/02/08

Delivered 9/3/08

# MARIA VICTORIA INC.

550 SMITHTOWN BYPASS
Suite 212
SMITHTOWN, NY 11787

*Vincent De Somma*

Tel: (631) 584-4508
Tel: (631) 584-4509
Tel: (631) 686-5118
Fax: (631) 584-4512
Cell: (516) 238-9020
Email: Sales@MariaVictoria.net

| Date |
|---|
| 9/2/2008 |
| Invoice # |
| 5311 |

16 8838

| Bill To |
|---|
| M.Y. PRODUCE<br>265A ROW B<br>HUNTS POINT TERMINAL MARKET<br>BRONX, NEW YORK 10474<br>718-378-5100 |

| Terms | Ship Date | Delivery Date | Delivery Day | FOB/Delivered | P.O. No. |
|---|---|---|---|---|---|
| 10 Days Recei... | 9/3/2008 | 9/3/2008 | WENSDAY A.M | DELIVERED | STEVE |

| Quantity | Description | Unit Cost | Amount |
|---|---|---|---|
| 360 ✓ | GRAPES RED SEEDLESS CRIMSONS | 16.90 | 6,084.00 |
| 170 ✓ | GRAPES BLACK LARGE | 13.50 | 2,295.00 |

09/03/08 [signature]

THANK YOU FOR YOUR BUSINESS BOBBY — Total $8,379.00

| 530 | # Pieces Ordered | 6 | Pallets Ordered | Drop No.1 ST |
|---|---|---|---|---|
| | # Pieces Recieved | | Pallets Recieved | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received." "Interest and attorney's fees necessary to collect any balance due here and/or shall be considered sums owing in connection with this transaction."

The purchaser of all merchandise and/or services which are subject to this invoice, bill or statement hereby agrees to pay the balance stated, in full, within the time set forth herein; in the event said balance is not paid, the purchaser does hereby agree to pay said balance plus reasonable attorney's fees of 33 1/3% and a sum equal to 1 1/2% per month (ANNUAL PERCENTAGE RATE of 18% per annum)

SEP-03-2008 11:08 From: Page:003 R=98%

Page:1/1 To:17183785100

SEP-03-2008 16:03 From: ID:

MAR-12-2009 10:16 From:

03/12/2009 11:55 (FAX)

# MARIA VICTORIA INC.

550 SMITHTOWN BYPASS
Suite 212
SMITHTOWN, NY 11787

*Vincent De Somma*

Tel: (631) 584-4508
Tel: (631) 584-4509
Tel: (631) 686-5118
Fax: (631) 584-4512
Cell: (516) 238-9020
Email: Sales@MariaVictoria.net

| Date |
|---|
| 9/2/2008 |
| **Invoice #** |
| 5311 |

| Bill To |
|---|
| M.Y. PRODUCE<br>265A ROW B<br>HUNTS POINT TERMINAL MARKET<br>BRONX, NEW YORK 10474<br>718-378-5100 |

| Terms | Ship Date | Delivery Date | Delivery Day | FOB/Delivered | P.O. No. |
|---|---|---|---|---|---|
| 10 Days Recei... | 9/3/2008 | 9/3/2008 | WENSDAY AM | DELIVERED | STEVE |

| Quantity | Description | Unit Cost | Amount |
|---|---|---|---|
| 360 | GRAPES RED SEEDLESS CRIMSONS | 16.90 | 6,084.00 |
| 170 | GRAPES BLACK LARGE | 13.50 | 2,295.00 |

| FINAL CORRECTED BILL THANK YOU | Total | $8,379.00 |
|---|---|---|

| 530 | # Pieces Ordered | 6 | Pallets Ordered | Drop No.1 ST |
|---|---|---|---|---|
| | # Pieces Recieved | | Pallets Recieved | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received." "Interest and attorney's fees necessary to collect any balance due here and/or shall be considered sums owing in connection with this transaction."

The purchaser of all merchandise and/or services which are subject to this invoice, bill or statement hereby agrees to pay the balance stated, in full, within the time set forth herein; in the event said balance is not paid, the purchaser does hereby agree to pay said balance plus reasonable attorney's fees of 33 1/3% and a sum equal to 1 1/2% per month (ANNUAL PERCENTAGE RATE of 18% per annum)

# MARIA VICTORIA INC.

550 SMITHTOWN BYPASS
Suite 212
SMITHTOWN, NY 11787

*Vincent De Somma*

Tel: (631) 584-4508
Tel: (631) 584-4509
Tel: (631) 686-5118
Fax: (631) 584-4512
Cell: (516) 238-9020
Email: Sales@MariaVictoria.net

| Date | Invoice # |
|---|---|
| 9/15/2008 | 5408 |

**Bill To**

M.Y. PRODUCE
265A ROW B
HUNTS POINT TERMINAL MARKET
BRONX, NEW YORK 10474
718-378-5100

| Terms | Ship Date | Delivery Date | Delivery Day | FOB/Delivered | P.O. No. |
|---|---|---|---|---|---|
| 10 Days Recei... | 9/16/2008 | 9/16/2008 | TUESDAY AM | DELIVERED | STEVE |

| Quantity | Description | Unit Cost | Amount |
|---|---|---|---|
| 360 | GRAPES RED SEEDLESS "SUNWORLD" CRIMSONS | 17.20 | 6,192.00 |

FINAL CORRECTED BILL PLEASE PAY 21 DAYS FROM DELIVERED

**Total $6,192.00**

| 360 | # Pieces Ordered | 2 | Pallets Ordered | Drop No.1 ST |
|---|---|---|---|---|
| | # Pieces Recieved | | Pallets Recieved | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables of proceeds from the sale of these commodities until full payment is received." "Interest and attorney's fees necessary to collect any balance due here and/or shall be considered sums owing in connection with this transaction."

The purchaser of all merchandise and/or services which are subject to this invoice, bill or statement hereby agrees to pay the balance stated, in full, within the time set forth herein; in the event said balance is not paid. the purchaser does hereby agree to pay said balance plus reasonable attorney's fees of 33 1/3% and a sum equal to 1 1/2% per month (ANNUAL PERCENTAGE RATE of 18% per annum)

# MARIA VICTORIA INC.

550 SMITHTOWN BYPASS
Suite 212
SMITHTOWN, NY 11787

*Vincent De Somma*

| Date |
|---|
| 9/15/2008 |
| **Invoice #** |
| 5409 |

Tel: (631) 584-4508
Tel: (631) 584-4509
Tel: (631) 686-5118
Fax: (631) 584-4512
Cell: (516) 238-9020
Email: Sales@MariaVictoria.net

| Bill To |
|---|
| M.Y. PRODUCE<br>265A ROW B<br>HUNTS POINT TERMINAL MARKET<br>BRONX, NEW YORK 10474<br>718-378-5100 |

| Terms | Ship Date | Delivery Date | Delivery Day | FOB/Delivered | P.O. No. |
|---|---|---|---|---|---|
| 10 Days Recei... | 9/15/2008 | 9/15/2008 | TUESDAY AM | DELIVERED | STEVE |

| Quantity | Description | Unit Cost | Amount |
|---|---|---|---|
| 170 | GRAPES GREEN SEEDLESS | 12.90 | 2,193.00 |

FINAL CORRECTED BILL. PLEASE PAY 21 DAYS FROM DATE DELIVERED.

**Total $2,193.00**

| 170 | # Pieces Ordered | 2 | Pallets Ordered | Drop No.1 ST |
|---|---|---|---|---|
| | # Pieces Recieved | | Pallets Recieved | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received." "Interest and attorney's fees necessary to collect any balance due here and/or shall be considered sums owing in connection with this transaction."

The purchaser of all merchandise and/or services which are subject to this invoice, bill or statement hereby agrees to pay the balance stated, in full, within the time set forth herein; in the event said balance is not paid, the purchaser does hereby agree to pay said balance plus reasonable attorney's fees of 33 1/3% and a sum equal to 1 1/2% per month (ANNUAL PERCENTAGE RATE of 18% per annum)

MAR-12-2009 10:16 From:
03/12/2009 11:55 (FAX) P.008/021

Lot



**International Trade & Marketing**
220 Food Center Drive
Bronx, NY 10474
PHONE 516-334-4038
FAX 516-334-4078

TO: Peter Riekey FROM: PAT PRISCO
COMPANY: R Best TOTAL PAGES INCLUDING COVER ____
FAX: ____ DATE: 9-15-08

COMMENTS:

Please release to Maria Victoria

4 pallets (360) Crimson Seedless 5409
Sun World

2 pallets (150) Thompson Seedless 5409
CHIQUITA

REC 510 [signature]

Delivered to MY Produce

Pat Prisco

# Islandwide Food Service, Inc.

Thursday -- 09/18/08

## Pick Slip 169722

2462 Maria Victoria/ M.Y Produce
265A Row B
Hunts Point Terminal Market
Bronx, NY 10474

SALESMAN No: 6 9
Route, Drop:10-1
TICKET No. : 5425
Phone No.:

| Ln | Prod | Qnty. | Unit | Product Description | |
|---|---|---|---|---|---|
| 1 | 5502 | 285 | CASE | Grapes, Green Seedless Sierra | 0.60 |
| 2 | 5502 | 60 | CASE | Grapes, Green Seedless Sierra | 0.60 |
| 3 | 5760 | 7 | CASE | Grapes, Green Sdless Thompson | 0.60 |
| 4 | 5503 | 1 | CASE | Grapes, Green Sdlss Pandor | 0.60 |

*Delivered 9/18/08*

# MARIA VICTORIA INC.

550 SMITHTOWN BYPASS
Suite 212
SMITHTOWN, NY 11787

**Vincent De Somma**

| | |
|---|---|
| Tel: | (631) 584-4508 |
| Tel: | (631) 584-4509 |
| Tel: | (631) 686-5118 |
| Fax: | (631) 584-4512 |
| Cell: | (516) 238-9020 |
| Email: | Sales@MariaVictoria.net |

| Date |
|---|
| 9/17/2008 |
| **Invoice #** |
| 5425 |

*169722*

**Bill To**

M.Y. PRODUCE
265A ROW B
HUNTS POINT TERMINAL MARKET
BRONX, NEW YORK 10474
718-378-1100

| Terms | Ship Date | Delivery Date | Delivery Day | FOB/Delivered | P.O. No. |
|---|---|---|---|---|---|
| 10 Days Recei... | 9/18/2008 | 9/18/2008 | THURSDAY AM | DELIVERED | STEVE |

| Quantity | Description | Unit Cost | Amount |
|---|---|---|---|
| ~~[illegible]~~ 320 | GRAPES GREEN SEEDLESS (LOT #~~5424~~) *5425* | | |
| ~~[illegible]~~ 85 | GRAPES GREEN SEEDLESS (LOT # 5419) | | |
| *7* | *Grapes Green Seedless (Lot #5348)* | | |
| *1* | *Grapes Green Seedless (Lot #5407)* | | |
| | PLEASE DELIVERY AT 8-9 AM | | |
| | *65X5+10. 335 Box* | | |
| | *[signature] Driver signature Total Boxes Bad condition broken boxes* | | *[illegible]* |

| THANK YOU FOR YOUR BUSINESS BOBBY | Total | |
|---|---|---|

| 405 | # Pieces Ordered | 6 | Pallets Ordered | Drop No.1 ST |
|---|---|---|---|---|
| | # Pieces Recieved | | Pallets Recieved | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received." "Interest and attorney's fees necessary to collect any balance due here under shall be considered sums owing in connection with this transaction."

The purchaser of all merchandise and/or services which are subject to this invoice, bill or statement hereby agrees to pay the balance stated, in full, within the time set forth herein. In the event said balance is not paid, the purchaser does hereby agree to pay said balance plus reasonable attorney's fees of 33 1/3% and a sum equal to 1 1/2% per month (ANNUAL PERCENTAGE RATE of 18% per annum)

# MARIA VICTORIA INC.

550 SMITHTOWN BYPASS
Suite 212
SMITHTOWN, NY 11787

*Vincent De Somma*

Tel: (631) 584-4508
Tel: (631) 584-4509
Tel: (631) 686-5118
Fax: (631) 584-4512
Cell: (516) 238-9020
Email: Sales@MariaVictoria.nct

| Date | Invoice # |
|---|---|
| 9/17/2008 | 5425 |

**Bill To**

M.Y. PRODUCE
265A ROW B
HUNTS POINT TERMINAL MARKET
BRONX, NEW YORK 10474
718-378-5100

| Terms | Ship Date | Delivery Date | Delivery Day | FOB/Delivered | P.O. No. |
|---|---|---|---|---|---|
| 10 Days Recei... | 9/18/2008 | 9/18/2008 | THURSDAY AM | DELIVERED | STEVE |

| Quantity | Description | Unit Cost | Amount |
|---|---|---|---|
| 320 | GRAPES GREEN SEEDLESS (LOT #5424) | 8.00 | 2,560.00 |
| 15 | GRAPES GREEN SEEDLESS (LOT # 5419) | 8.00 | 120.00 |
| | OK STEVE AND VINNY | | |

FINAL CORRECTED BILL. PLEASE PAY 21 DAYS FROM DATE DELIVERED. THANKS VINNY

**Total** $2,680.00

| | | | | |
|---|---|---|---|---|
| 405 | # Pieces Ordered | 6 | Pallets Ordered | Drop No.1 ST |
| | # Pieces Recieved | | Pallets Recieved | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables of proceeds from the sale of these commodities until full payment is received." "Interest and attorney's fees necessary to collect any balance due here and/or shall be considered sums owing in connection with this transaction."

The purchaser of all merchandise and/or services which are subject to this invoice, bill or statement hereby agrees to pay the balance stated, in full, within the time set forth herein; in the event said balance is not paid, the purchaser does hereby agree to pay said balance plus reasonable attorney's fees of 33 1/3% and a sum equal to 1 1/2% per month (ANNUAL PERCENTAGE RATE of 18% per annum)

Lot # 5430

MS. JUDY FEWERSTEIN
INDEPENDENT AGENT
OZARK TRUCK BROKERAGE
OFFICE: 914-382-5197
FAX: 914-402-4903

**MANIFEST**

DELIVER TO: (CUSTOMER) My Produce

SHIPPER NAME & ADDRESS: Maria Victoria, Inc
550 Smithtown by Pass
Smithtown, NY.

CARRIER: (TRUCKING CO.) Columbus Transport

DRIVER NAME: M. G.

EXPECTED DELIVERY DATE: 9/21/08

| QUANTITY: (PALLETS OR BOXES) | COMMODITY: (DESCRIPTION) |
|---|---|
| 8 pallets | Honeydews |

60 x 7 + 48 = 468 Box. Total.

A 828631

9/22/08

MAR-12-2009 10:17 From: To:15158688536 Page:13/21
03/12/2009 11:56 (FAX) P.014/021

# MARIA VICTORIA INC.

550 SMITHTOWN BYPASS
Suite 212
SMITHTOWN, NY 11787

*Vincent De Somma*

Tel: (631) 584-4508
Tel: (631) 584-4509
Tel: (631) 686-5118
Fax: (631) 584-4512
Cell: (516) 238-9020
Email: Sales@MariaVictoria.net

| Date |
| --- |
| 9/18/2008 |
| **Invoice #** |
| 5430 |

**Bill To**

M.Y. PRODUCE
265A ROW B
HUNTS POINT TERMINAL MARKET
BRONX, NEW YORK 10474
718-378-5100

| Terms | Ship Date | Delivery Date | Delivery Day | FOB/Delivered | P.O. No. |
| --- | --- | --- | --- | --- | --- |
| 10 Days Recei... | 9/18/2008 | 9/21/2008 | SUN P M | DELIVERED | STEVE |

| Quantity | Description | Unit Cost | Amount |
| --- | --- | --- | --- |
| 480 | HONNEY DEWS 5CT SUGARSWEET S S | 7.50 | 3,600.00 |

FINAL CORRECTED BILL. PLEASE PAY 21 DAYS FROM DATE DELIVERED.

**Total** **$3,600.00**

| 480 | # Pieces Ordered | 8X60 | Pallets Ordered | Drop No.1 ST |
| --- | --- | --- | --- | --- |
| | # Pieces Recieved | | Pallets Recieved | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables of proceeds from the sale of these commodities until full payment is received." "Interest and attorney's fees necessary to collect any balance due here and/or shall be considered sums owing in connection with this transaction."

The purchaser of all merchandise and/or services which are subject to this invoice, bill or statement hereby agrees to pay the balance stated, in full, within the time set forth herein; in the event said balance is not paid, the purchaser does hereby agree to pay said balance plus reasonable attorney's fees of 33 1/3% and a sum equal to 1 1/2% per month (ANNUAL PERCENTAGE RATE of 18% per annum)

MAR-12-2009 10:17 From:
03/12/2009 11:56
Page:14/21
(FAX)

# (F)OR CARRIER – STRAIGHT BILL OF LADING – ORIGINAL NOT NEGOTIABLE

(RE)CEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated (b)elow, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

FROM: CAL-CEL MARKETING, INC., P.O. BOX 1501 OXNARD, CA 93032 • LOADED AT: OXNARD, CALIFORNIA

Lot # 57855

| TO: | CUST. P.O. | SHIP DATE | SHIPPER # |
|---|---|---|---|
| [illegible] PRODUCE, INC. [illegible] My Produce | [illegible] | [illegible] | [illegible] |
| DESTINATION: [illegible] NY | MAINTAIN TEMP. OF [illegible] DEGREES AT ALL TIMES | [illegible] | SPOT # |
| TRUCK OR CAR # [illegible] | STATE NJ | LICENSE # [illegible] | |

| NO. PKGS. | DESCRIPTION OF ARTICLES AND SPECIAL MARKS |
|---|---|
| [illegible] | [illegible] PEPPER RED CHOICE [illegible] |
| | [illegible] SAFETY SURCHARGE |
| | [illegible] |
| | [illegible] |

SUBJECT TO U.S.D.A. INSPECTION

Received 168cs 9/23/08 168

168 red peppers received 9/23/08 ... Produce

#MKTID

Recvd 224 9/5 South East 9/5/08

LEZAMA ERNESTO ID 17719

11 Palets. RED PEPPER.
DELIVER TO M.Y PRODUCE.
56 X 11 = 616 6/56
265 A ROW B 336
H. P. MARKET
MY.

RECEIVED PRODUCE
MERSINO MARKETING GROUP
RECEIVER:
DATE: 9/23/08
ALL PALLETS EXCHANED: YES / NO

A 829852

TRUCK DRIVER

SHIPPER: CAL-CEL MARKETING, INC. P.O. BOX 1501 OXNARD, CA 93032

MAR-12-2009 10:18 From:
03/12/2009 11:56 (FAX) P.016/021

# MARIA VICTORIA INC.

550 SMITHTOWN BYPASS
Suite 212
SMITHTOWN, NY 11787

*Vincent De Somma*

| Date |
|---|
| 9/25/2008 |
| **Invoice #** |
| 5485-B |

Tel: (631) 584-4508
Tel: (631) 584-4509
Tel: (631) 686-5118
Fax: (631) 584-4512
Cell: (516) 238-9020
Email: Sales@MariaVictoria.net

| Bill To |
|---|
| M.Y. PRODUCE<br>265A ROW B<br>HUNTS POINT TERMINAL MARKET<br>BRONX, NEW YORK 10474<br>718-378-5100 |

| Terms | Ship Date | Delivery Date | Delivery Day | FOB/Delivered | P.O. No. |
|---|---|---|---|---|---|
| 10 Days Recei... | 9/24/2008 | 9/28/2008 | SUN P M | DELIVERED | STEVE |

| Quantity | Description | Unit Cost | Amount |
|---|---|---|---|
| 616 | PEPPERS RED CHOICE 25 LB SUN WORLD | 11.90 | 7,330.40 |
| FINAL CORRECTED BILL PLEASE PAY 21 DAYS FROM DELIVERED | | **Total** | **$7,330.40** |

| 616 | # Pieces Ordered | 11 | Pallets Ordered | Drop No.2 ND |
|---|---|---|---|---|
| | # Pieces Recieved | | Pallets Recieved | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables of proceeds from the sale of these commodities until full payment is received." "Interest and attorney's fees necessary to collect any balance due here and/or shall be considered sums owing in connection with this transaction."

The purchaser of all merchandise and/or services which are subject to this invoice, bill or statement hereby agrees to pay the balance stated, in full, within the time set forth herein; in the event said balance is not paid, the purchaser does hereby agree to pay said balance plus reasonable attorney's fees of 33 1/3% and a sum equal to 1 1/2% per month (ANNUAL PERCENTAGE RATE of 18% per annum)

SEP-29-2008 16:08 From: To:16315803004 Page:3/5

Delivered 9/30/08

# MARIA VICTORIA INC.

550 SMITHTOW BYPASS
Suite 212
SMITHTOWN, 11787

**Vincent De Somma**

| Date |
|---|
| 9/24/2008 |
| Invoice # |
| 5495 - 5496 |

170543

Tel: (631) 584-4508
Tel: (631) 584-4509
Tel: (631) 686-5118
Fax: (631) 584-4512
Cell: (516) 238-9020
Email: Sales@MariaVictoria.net

Bill To

M.Y. PRODUCE
265A ROW B
HUNTS POINT TERM L MARKET
BRONX, NEW YORK 74
718-378-5100

| Terms | Sh Date | Delivery Date | Delivery Day | FOB/Delivered | P.O. No. |
|---|---|---|---|---|---|
| 10 Days Recei... | 9/ 008 | 9/29/2008 | MONDAY 9PM | DELIVERED | STEVE |

| Quantity | Description | Unit Cost | Amount |
|---|---|---|---|
| 180 (180) 360 BOX | GRAPES R SEEDLESS CRIMSONS "SUNWORLD" (LOT #5495) Tuesday | | |

THANK YOU FOR YO R BUSINESS BOBBY

Total

| 180 | # Pieces rdered | 5X56 | Pallets Ordered | Drop No.1 ST |
|---|---|---|---|---|
| | # Pieces cieved | | Pallets Recieved | |

The perishable agricultural commodities li this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities r a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables of proceeds from the sale of these commoditi ll payment is received." "Interest and attorney's fees necessary to collect any balance due here and/or shall be considered sums owing in connection with this transaction."

The purchaser of all merchandise and/ rvices which are subject to this invoice, bill or statement hereby agrees to pay the balance stated, in full, within the time set forth herein; in the event said bal not paid, the purchaser does hereby agree to pay said balance plus reasonable attorney's fees of 33 1/3% and a sum equal to 1 1/2% per month (ANNUAL PERC TAGE RATE of 18% per annum)

44 N tarines
41 T matoes on Vine
25 ppers Flying EL.
Droped M.Y produce
5498

OCT-02-2008 10:16 From: ID: Page:001 R=78%

MAR-12-2009 10:18 From:

03/12/2009 11:57

# MARIA VICTORIA INC.

550 SMITHTOWN BYPASS
Suite 212
SMITHTOWN, NY 11787

*Vincent De Somma*

Tel: (631) 584-4508
Tel: (631) 584-4509
Tel: (631) 686-5118
Fax: (631) 584-4512
Cell: (516) 238-9020
Email: Sales@MariaVictoria.net

| Date | Invoice # |
|---|---|
| 9/24/2008 | 5495 |

**Bill To**

M.Y. PRODUCE
265A ROW B
HUNTS POINT TERMINAL MARKET
BRONX, NEW YORK 10474
718-378-5100

| Terms | Ship Date | Delivery Date | Delivery Day | FOB/Delivered | P.O. No. |
|---|---|---|---|---|---|
| 10 Days Recei... | 9/29/2008 | 9/29/2008 | MONDAY 9PM | DELIVERED | STEVE |

| Quantity | Description | Unit Cost | Amount |
|---|---|---|---|
| 180 | GRAPES RED SEEDLESS CRIMSONS "SUNWORLD" (LOT #5495) | 16.90 | 3,042.00 |

FINAL CORRECTED BILL. PLEASE PAY 21 DAYS FROM DATE DELIVERED.

**Total $3,042.00**

| | | | | |
|---|---|---|---|---|
| 180 | # Pieces Ordered | 5X56 | Pallets Ordered | Drop No.1 ST |
| | # Pieces Recieved | | Pallets Recieved | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables of proceeds from the sale of these commodities until full payment is received." "Interest and attorney's fees necessary to collect any balance due here and/or shall be considered sums owing in connection with this transaction."

The purchaser of all merchandise and/or services which are subject to this invoice, bill or statement hereby agrees to pay the balance stated, in full, within the time set forth herein; in the event said balance is not paid, the purchaser does hereby agree to pay said balance plus reasonable attorney's fees of 33 1/3% and a sum equal to 1 1/2% per month (ANNUAL PERCENTAGE RATE of 18% per annum)

# MARIA VICTORIA INC.

550 SMITHTOWN BYPASS
Suite 212
SMITHTOWN, NY 11787

*Vincent De Somma*

| Date |
|---|
| 9/24/2008 |
| **Invoice #** |
| 5496 |

Tel: (631) 584-4508
Tel: (631) 584-4509
Tel: (631) 686-5118
Fax: (631) 584-4512
Cell: (516) 238-9020
Email: Sales@MariaVictoria.net

| Bill To |
|---|
| M.Y. PRODUCE<br>265A ROW B<br>HUNTS POINT TERMINAL MARKET<br>BRONX, NEW YORK 10474<br>718-378-5100 |

| Terms | Ship Date | Delivery Date | Delivery Day | FOB/Delivered | P.O. No. |
|---|---|---|---|---|---|
| 10 Days Recei... | 9/29/2008 | 9/29/2008 | MONDAY 9 PM | DELIVERED | STEVE |

| Quantity | Description | Unit Cost | Amount |
|---|---|---|---|
| 180 | GRAPES RED SEEDLESS "CRIMSONS" (LOT #5496) | 16.90 | 3,042.00 |

| FINAL CORRECTED BILL. PLEASE PAY 21 DAYS FROM DATE DELIVERED. | Total | $3,042.00 |
|---|---|---|

| 180 | # Pieces Ordered | 2 | Pallets Ordered | Drop No.1 ST |
|---|---|---|---|---|
| | # Pieces Recieved | | Pallets Recieved | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables of proceeds from the sale of these commodities until full payment is received." "Interest and attorney's fees necessary to collect any balance due here and/or shall be considered sums owing in connection with this transaction."

The purchaser of all merchandise and/or services which are subject to this invoice, bill or statement hereby agrees to pay the balance stated, in full, within the time set forth herein; in the event said balance is not paid, the purchaser does hereby agree to pay said balance plus reasonable attorney's fees of 33 1/3% and a sum equal to 1 1/2% per month (ANNUAL PERCENTAGE RATE of 18% per annum)

MAR-12-2009 10:18 From:
03/12/2009 11:57 (FAX) P.020/021

# MARIA VICTORIA INC.

550 SMITHTOWN BYPASS
Suite 212
SMITHTOWN, NY 11787

*Vincent De Somma*

Tel: (631) 584-4508
Tel: (631) 584-4509
Tel: (631) 686-5118
Fax: (631) 584-4512
Cell: (516) 238-9020
Email: Sales@MariaVictoria.net

| Date | Invoice # |
|---|---|
| 9/29/2008 | 5498 |

Bill To

M.Y. PRODUCE
265A ROW B
HUNTS POINT TERMINAL MARKET
BRONX, NEW YORK 10474
718-378-5100

| Terms | Ship Date | Delivery Date | Delivery Day | FOB/Delivered | P.O. No. |
|---|---|---|---|---|---|
| 10 Days Recei... | 9/30/2008 | 9/29/2008 | TUES A M | DELIVERED | GRAIG |

| Quantity | Description | Unit Cost | Amount |
|---|---|---|---|
| 0 | APPLES MAC,S 12/3 LB COST 12.00 5441 | 0.00 | 0.00 |
| 94 | NECTARINES 48/50 CT U HILL COST 7.70 | 5.00 | 470.00 |
| 25 | PEPPERS FRYING EXTRA LARGE COST 7.70 | 2.00 | 50.00 |
| 111 | TOMATOES ON VINE 5459 COST 1.50 | 1.00 | 111.00 |
| | | 0.00 | 0.00 |
| | STEVE PLEASE PRICE IN THANK YOU | | |

| FINAL CORRECTED BILL. PLEASE PAY 21 DAYS FROM DATE DELIVERED. | Total | $631.00 |
|---|---|---|

| 265 | # Pieces Ordered | 2 | Pallets Ordered | Drop No.1 ST |
|---|---|---|---|---|
| | # Pieces Recieved | | Pallets Recieved | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables of proceeds from the sale of these commodities until full payment is received." "Interest and attorney's fees necessary to collect any balance due here and/or shall be considered sums owing in connection with this transaction"

The purchaser of all merchandise and/or services which are subject to this invoice, bill or statement hereby agrees to pay the balance stated, in full, within the time set forth herein; in the event said balance is not paid, the purchaser does hereby agree to pay said balance plus reasonable attorney's fees of 33 1/3% and a sum equal to 1 1/2% per month (ANNUAL PERCENTAGE RATE of 18% per annum)

MAR-12-2009 10:19 From:
03/12/2009 11:57 (FAX) P.021/021