

Office : 718.542.6370
Fax : 718.542.6373
Mobil : 201-417-2853

**UNITED STATES PRODUCE BROKERS, INC.** 168A HUNTS POINT TERMINAL MARKET, BRONX, NEW YORK 10474

STATEMENT OF ACCOUNT FOR:
MY PRODUCE DBA BERRY FINE
STEVE CHOI
264 HUNTS POINT MARKET
BRONX, NY 10474

| Invoice # | Date | TKT # | Product | Qtty | Price | Paid | Balance due |
|---|---|---|---|---|---|---|---|
| 12038 | 10/28/08 | 721289 | Red Globe | 154 | 17.5 | 1053 | $1642 |
| 12034 | 10/15/08 | 721282 | Red Globe | 76 | 17.5 | | |
| | | | Lime #200 | 108 | 10. | | $2410. |
| 12034 | 10/15/08 | 721275 | Red Globe | 147 | 17.5 | | $2572.5 |
| 12031 | 10/6/08 | 721270 | Lime #200 | 120 | 9.25 | | |
| | | | Lime #230 | 60 | 6. | | $1470. |

TOTAL DUE AND OWING US PRODUCE    $8094.5

**US Produce Brokers Inc.**
168 hunts point
Phone: 718-542-6370
Fax: 718-542-6373

INVOICE #12034
10/15/08

TO: **MY PRODUCE/ DBA BERRY FINE**     SHIP TO:  SAME     NET 10 DAY
264 HUNTS POINT MARKET
Bronx, NY   10474

# 721282/ 721275  ticket

**COMMENTS OR SPECIAL INSTRUCTIONS:** THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMMODITIES ACT. 1930 (7 U.S.C. 499 E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OF PROCEEDS FROM THE SALE OF THESE COMMODOTIES UNTIL FULL PAYMENT IS RECEIVED. IN THE EVENT THAT SELLER IS FORCED TO TAKE LEGAL ACTION AGAINST PURCHASER FOR PURPOSES OF COLLECTION, PURCHASER SHALL BE RESPONSIBLE TO REIMBURSE SELLER FOR ANY AND ALL REASONABLE LEGAL COSTS AND FEES AND SHALL ALSO BE RESPONSIBLE TO PAY INTEREST TO SELLER AT THE APPLICALBE STATUTORY RATE.

| SALESPERSON | P.O. NUMBER | REQUISITIONER | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| stu | Steve choi | | | | PACA Prompt |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 70 | Red Globe "lagaluso" Grape | 17.50 | |
| 77 | "            "            " | 17.50 | |
| 76 | Red Globe " lagaluso" Grape | 17.50 | |
| 108 | Lime Mx   # 200 | 10. | |

SUBTOTAL

SHIPPING & HANDLING

TOTAL DUE  $4860.

# 4982 50

Make all checks payable to **US PRODUCE BROKERS INC**
If you have any questions concerning this Invoice, contact **718-542-6370**

**Thank you for your business!**

# US Produce Brokers Inc.

168 hunts point  
Phone: 718-542-6370  
Fax: 718-542-6373

INVOICE #12031-A  
10/6/08

TO: **MY PRODUCE/ DBA BERRY FINE**  
264 HUNTS POINT MARKET  
Bronx, NY 10474

SHIP TO: SAME

NET 10 DAY

# 721270 ticket

**COMMENTS OR SPECIAL INSTRUCTIONS:** THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMMODITIES ACT. 1930 (7 U.S.C. 499 E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OF PROCEEDS FROM THE SALE OF THESE COMMODOTIES UNTIL FULL PAYMENT IS RECEIVED. IN THE EVENT THAT SELLER IS FORCED TO TAKE LEGAL ACTION AGAINST PURCHASER FOR PURPOSES OF COLLECTION, PURCHASER SHALL BE RESPONSIBLE TO REIMBURSE SELLER FOR ANY AND ALL REASONABLE LEGAL COSTS AND FEES AND SHALL ALSO BE RESPONSIBLE TO PAY INTEREST TO SELLER AT THE APPLICALBE STATUTORY RATE.

| SALESPERSON | P.O. NUMBER | REQUISITIONER | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| stu | Steve choi | | | | PACA Prompt |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 120 | Lime #200 MX | 9.25 | |
| 60 | Lime # 230 MX | 6.00 | |
| | | SUBTOTAL | |
| | | SHIPPING & HANDLING | |
| | | TOTAL DUE | $1470. |

Make all checks payable to **US PRODUCE BROKERS INC**  
If you have any questions concerning this invoice, contact **718-542-6370**

**Thank you for your business!**

**US Produce Brokers Inc.**
168 hunts point
Phone: 718-542-6370
Fax: 718-542-6373

INVOICE #12038
10/28/08

TO: **MY PRODUCE/ DBA BERRY FINE**
264 HUNTS POINT MARKET
Bronx, NY 10474

SHIP TO: SAME

NET 10 DAY

# 721289/ticket

**COMMENTS OR SPECIAL INSTRUCTIONS:** THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMMODITIES ACT, 1930 (7 U.S.C. 499 E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OF PROCEEDS FROM THE SALE OF THESE COMMODOTIES UNTIL FULL PAYMENT IS RECEIVED. IN THE EVENT THAT SELLER IS FORCED TO TAKE LEGAL ACTION AGAINST PURCHASER FOR PURPOSES OF COLLECTION, PURCHASER SHALL BE RESPONSIBLE TO REIMBURSE SELLER FOR ANY AND ALL REASONABLE LEGAL COSTS AND FEES AND SHALL ALSO BE RESPONSIBLE TO PAY INTEREST TO SELLER AT THE APPLICALBE STATUTORY RATE.

| SALESPERSON | P.O. NUMBER | REQUISITIONER | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| stu | Steve choi | | | | PACA Prompt |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 77 | Red Globe "lagaluso" Grape | 17.50 | |
| 77 | "         "         " | 17.50 | |
| | PAYMENT | | $2695 (1053) |
| | | SUBTOTAL | |
| | | SHIPPING & HANDLING | |
| | | TOTAL DUE | $1642. |

Make all checks payable to **US PRODUCE BROKERS INC**
If you have any questions concerning this invoice, contact **718-542-6370**

**Thank you for your business!**